IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES J MORGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-00047-E |
| | § | |
| SENTRY INSURANCE et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

After considering the joint motion of Plaintiff, James J. Morgan DBA Morgan & Son Racing Engines ("Plaintiff"), and Defendants, Sentry Insurance a Mutual Company and John Schuster ("Defendants"), to dismiss with prejudice all claims and causes of action between them in this lawsuit (Doc. 17), the Court finds that the motion should be granted.

It is therefore ordered that all claims which Plaintiff, James J. Morgan DBA Morgan & Son Racing Engines, asserted or could have asserted in this lawsuit against Defendants, Sentry Insurance a Mutual Company, and John Schuster ("Defendants"), are hereby dismissed with prejudice to the refiling of same. It is further ordered, adjudged, and decreed that all causes of action which Defendants, Sentry Insurance a Mutual Company and John Schuster, asserted or could have asserted in this lawsuit against Plaintiff, James J. Morgan DBA Morgan & Son Racing Engines, are hereby dismissed with prejudice to the refiling of same.

It is further ordered that as between Plaintiff and Defendants, all costs of court are to be borne by those parties who incurred them.

**SO ORDERED.**

13th day of December, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE